# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JAMIRACLE ROBINSON and TONI GIBSON, ) ) ) | |
| Plaintiffs, ) ) | Case No. 2:25-cv-03030-TLP-tmp |
| v. ) ) | JURY DEMAND |
| SHELBY COUNTY, TENNESSEE, et al., ) ) | |
| Defendants. ) | |

## ORDER DIRECTING CLERK TO MODIFY DOCKET

The Clerk docketed this case under Nature of Suit Code 440. Under the Civil Nature of Suit Code Descriptions, Code 440 applies to "Other Civil Rights" claims, excluding claims against corrections officials. *See* Civil Nature of Suit Code Descriptions, https://www.uscourts.gov/sites/default/files/js_044_code_descriptions.pdf. Code 440 also applies to an "[a]ction alleging a civil rights violation other than the specific civil rights categories listed below or a violation related to prison." *Id.*

After reviewing Plaintiff's Complaint, the Court finds that Code 555 is a more appropriate Nature of Suit Code for this case. Code 555 applies to an "[a]ction by current prisoner, or former prisoner or their families alleging a civil rights, Federal Tort Claims Act, or state law claim with respect to a condition of prison life, whether general circumstances or particular episodes. Examples: inadequate medical care or excessive force by prison guards." So the Court respectfully **DIRECTS** the Clerk to modify the docket and change the Nature of Suit for this case from Code 440 to Code 555.

**SO ORDERED**, this 12th day of November, 2025.

                                                    s/ Thomas L. Parker
                                                  THOMAS L. PARKER
                                                  UNITED STATES DISTRICT JUDGE