FILED *TMC*

MAR 0 4 2026

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

IN RE: ORDER ASSIGNING CASES TO
DISTRICT JUDGE BRIAN C. LEA

Administrative Order: <u>2026-04</u>

---

The following matters currently assigned to District Judge Thomas L. Parker are to be reassigned to District Judge Brian C. Lea.

## CIVIL CASES

| | | |
|---|---|---|
| 1. 20-2482 | 31. 25-2433 | 61. 25-2958 |
| 2. 21-2730 | 32. 25-2434 | 62. 25-2963 |
| 3. 22-2464 | 33. 25-2641 | 63. 25-2979 |
| 4. 22-2655 | 34. 25-2681 | 64. 25-2985 |
| 5. 22-2762 | 35. 25-2713 | 65. 25-3000 |
| 6. 23-2368 | 36. 25-2737 | 66. 25-3011 |
| 7. 23-2447 | 37. 25-2747 | 67. 25-3014 |
| 8. 24-2003 | 38. 25-2759 | 68. 25-3017 |
| 9. 24-2251 | 39. 25-2761 | 69. 25-3024 |
| 10. 24-2375 | 40. 25-2772 | 70. 25-3030 |
| 11. 24-2406 | 41. 25-2776 | 71. 25-3047 |
| 12. 24-2433 | 42. 25-2802 | 72. 25-3062 |
| 13. 1:24-2468 | 43. 25-2824 | 73. 25-3064 |
| 14. 24-2485 | 44. 25-2831 | 74. 25-3077 |
| 15. 24-2556 | 45. 25-2846 | 75. 25-3086 |
| 16. 24-2812 | 46. 25-2873 | 76. 25-3102 |
| 17. 24-2844 | 47. 25-2886 | 77. 25-3103 |
| 18. 24-2868 | 48. 25-2892 | 78. 25-3116 |
| 19. 24-2906 | 49. 25-2900 | 79. 25-3124 |
| 20. 24-2927 | 50. 25-2902 | 80. 25-3130 |
| 21. 24-2950 | 51. 25-2904 | 81. 25-3133 |
| 22. 24-3012 | 52. 25-2907 | 82. 25-3139 |
| 23. 25-2184 | 53. 25-2913 | 83. 25-3151 |
| 24. 25-2250 | 54. 25-2917 | 84. 25-3153 |
| 25. 25-2265 | 55. 25-2921 | 85. 25-3159 |
| 26. 25-2293 | 56. 25-2922 | 86. 25-3177 |
| 27. 25-2358 | 57. 25-2936 | 87. 25-3181 |
| 28. 25-2375 | 58. 25-2939 | 88. 26-2009 |
| 29. 25-2413 | 59. 25-2941 | 89. 26-2013 |
| 30. 25-2418 | 60. 25-2955 | 90. 26-2031 |

| | | |
|---|---|---|
| 91. 26-2040 | 98. 26-2091 | 105. 26-2152 |
| 92. 26-2041 | 99. 26-2095 | 106. 26-2170 |
| 93. 26-2056 | 100. 26-2099 | 107. 26-2177 |
| 94. 26-2059 | 101. 26-2116 | 108. 26-2188 |
| 95. 26-2078 | 102. 26-2117 | 109. 26-2190 |
| 96. 26-2082 | 103. 26-2129 | 110. 26-2204 |
| 97. 26-2084 | 104. 26-2137 | |

## CRIMINAL CASES

1. 24-20127
2. 25-20044
3. 25-20172
4. 25-20268
5. 25-20291
6. 25-20436
7. 26-20007
8. 26-20012
9. 26-20023
10. 26-20035
11. 26-20037
12. 26-20040
13. 26-20042
14. 26-20064
15. 26-20068

**SO ORDERED**, this 4th day of March, 2026.

s/ 
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE